UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Case No. 1:21-cr-00657 (BAH) |
| v. : | |
| : | |
| CODY MATTICE and : | |
| JAMES PHILLIP MAULT, : | |
| : | |
| Defendants. : | |

## ORDER

Before the Court is a Consent Motion to Continue Hearing and Extend Response Deadline. For the reasons set forth therein, it is hereby ORDERED that the hearings set for April 8, 2022 be continued to April 22, 2022 at 1:00 p.m.; and it is further,

ORDERED that the time between April 8, 2022 and April 22, 2022 be excluded from calculation under the Speedy Trial Act. The Court finds that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial, as the continuance will provide Mr. Mattice additional time to consult with counsel about a pending plea offer; and it is further,

ORDERED that the United States shall comply with the Court's April 4, 2022 order regarding video evidence in the case of defendant James Phillip Mault by April 19, 2022.

DATE:

_____
BERYL A. HOWELL
Chief United States District Judge