# EXHIBIT 1

To Whom it May Concern,

My name is Stephany Mault and I have been married to James for 9 years now. I met James in high school and instantly fell in love with his smile, his attitude, and his heart. He was a sports jock who loved Star Wars and playing video games. We grew up down the road from each other, so we spent time together on the bus ride home or riding our bikes to each other's houses. Looking back, it seems like a Hallmark movie.

James decided he wanted to go to college, even though he wasn't sure what he wanted to get a degree in yet. He went for about a year and decided he wasn't sure if it was a right fit. While working for B&G Septic company, he decided that he wanted to do something more with his life and joined the army. James wanted to be a part of something bigger and he wanted to help protect this country. I have never been prouder of him in my life, putting his life on the line for family, friends, strangers, and this country that he loves so much. He joined the army for the love of his country and to make a difference, unlike a lot of people who join for the benefits and GI Bill. He is the kind of soldier I want fighting for me overseas to protect us and I wish there was more people like him.

He has always been willing to give the shirt off his back to whoever needed it. One time while we were out in Austin, Jimmy gave his flannel shirt to a homeless man we encountered on our walk back to the car. Now, 13 years later, we're happily married with 2 children. Our daughter Neva is 3 and our son Jack is 6 months old.

I have spent almost half of my life with James and every day I am amazed at how strong he is. From overcoming his addiction to alcohol (He's 2 years sober) to transforming into a wonderful father, husband, and soldier. He really is an amazing man when you get to know him. My life and everyone else's lives around us have only gotten brighter with him in it. I pray that you see him for the person he is and not the mistake that was made. He truly is a light in a lot of people's lives and I hope you get to talk to him and see the kind of man James Mault really is. Our children need their father in their lives to help raise and guide them through this world.

I pray that you do not judge his sentence harshly and this letter helps you more understand the kind of man James is. He is the man who loves his family and country, who gives his life to God every day and takes responsibility for his actions. James is a great soldier and has found his calling in this world, and I pray that one mistake does not ruin his entire life and his spotless military career.  I just want to thank you for taking the time to read this letter about my husband.

Thank you for your time,

Stephany Mault