# EXHIBIT 2

# EXHIBIT 2

To Whom it May Concern,

      My name is Phil Lanzatella, and I had the pleasure of being James' wrestling coach for 4 years. I won't get into all my credentials so I will just name a few. I was on 4 world cup wrestling teams, I have 6 national championships under my belt, and 21 years on the United States Olympic and national teams. I was also in the US army for 4 years. I was honorably discharged and called back for desert storm in 1991. I've also coached wrestling for 30 years.

      I have known James Mault since his freshman year in high school. I have also known his family for almost 20 years. They have always maintained the highest values for themselves and their sons.

      James was one of the best athletes I've ever coached. Not just because he was a good athlete. He was always respectful, did what he was asked without question and with a great attitude. This discipline led him to the /NYS wrestling championships his senior year when he took 5th when he wasn't even projected to place. If I need anything, I can count on James to be there. I know he is an honorable upstanding citizen, patriot, parent, and soldier and I am proud to be his friend.

      Thank you for your attention.

      Phil Lanzatella

Susan A Rowcliffe

17077 Brockport-Holley Rd

Holley, NY 14470

(585) 766-0788

29 December 2021

To Whom It May Concern,

I am writing on behalf of James Mault, one of the defendants in connection with the incident at the US Capitol on January 6, 2021. I first met Mr. Mault as an eighth-grade student in my English class at Brockport Middle School. He was a kind young man and, because his father was also a district employee, I maintained a relationship with him and his family beyond the year he was my student.

When my son joined Boy Scouts, James, his brother, and his father, were integral parts of the troop which my son entered. At that time, I then saw in James a young man who was dedicated to the Boy Scout Oath-to do his duty to God and country and to help other people at all times. He was consistently by his father's side helping with the activities of the troop whether it be camping or preparing the kids in the troop for their merit badges. My son admired his tenacity and his dedication. I also saw how he treated his mother and his now wife, with a love and loyalty that could not be broken. He took that oath and loyalty even more seriously when he joined the Army and fought for our freedom in the war against Afghanistan. He saw things there that we, as non-veterans, could not even imagine. He fought so we, as a Nation, could remain safe. This is something for which I will be eternally grateful.

I'm asking the courts to be lenient on this young man. I have a very personal reason for this request. My ex-husband, who was both physically and emotionally abusive to me, was arrested on more than 20 counts of abuse toward young boys in 2019. This man purposefully and intentionally damaged the lives of many young boys over the course of over 20 years. He pled guilty to one felony count of endangering the welfare of a child and spent no time behind bars for his actions. He only received probation for the intentional pain he inflicted on others. Mr. Mault did not intentionally harm anyone. I believe he was caught up in the moment, in the feeling of the crowd at the US Capitol, but he truly did not intend to harm anyone

If the court system can ignore the recidivism of my ex-husband (of over 20 years) surely, they can show mercy for this young man who is just starting out in life with his wife and two young children. Mr. Mault is a man of integrity. When he's wrong, he says he is wrong. To me, this means more than all the apologies or denials of wrong doing in this tainted world.

Thank you for your time.

Sincerely,


Susan A Rowcliffe