# EXHIBIT 3

Character Reference for James Mault
December 17, 2021

Respected Authorities,

I, Aimee Mesiti and writing this letter to provide a character reference for James (Jimmy) Mault. I have known Jimmy since he was in elementary school. Jimmy attended Brockport Central School District with our sons and participated in sports with them. It has been an honor to watch him grow into a fine young man. I can say with complete honesty and confidence that the charges made against Jimmy for his actions on January 6, 2021, are completely outside his character.

Few men have contributed more to their community or their country than James has. He has proudly served our nation with honor and self-sacrifice. This service for our country has not come without burdens and personal pain. We can only imagine what our young men and women in uniform go through while serving on foreign land and sometimes these burdens require a different kind of strength and fortitude to overcome when they return home. I am so proud of how Jimmy has defeated personal difficulties for himself, his family, and his nation over the last few years. Jimmy recently reenlisted to again serve his country, and a finer patriot they will not find.

I am sure Jimmy would do things differently on that day to protect himself and others from the chaos of the moment, he is the kind of person who would run into the burning building to help people when everyone else is running away. I am 100% certain and without a doubt confident that Jimmy is an asset to our community and in no way a harm to any person. He is a loving husband and father, dedicated son, and soldier.

I hope with all sincerity that Jimmy is not judged by this single moment in time for being at the wrong place at the wrong time, but rather judged according to his true character. I pray that Jimmy can return to service and to his family where he belongs.

Thank you for your time and consideration,

Aimee Mesiti

December 18, 2021

Character Reference:

James Mault

Dear your Honor,

My name is David Georgiev and I am writing this letter to give you some insight into the character of James Mault. Before I begin about Jim, a brief description of who I am. I have 17 years of Wealth Management Experience and own Monarch Wealth Management. I also own Embrace Care, a Home Care agency and serve as the CEO. I am a volunteer Firefighter and am also an elected Fire Commissioner within our District. In 2019, I Founded a Non for Profit called The Guardians of Hope which serves to help people around the world with basic humanitarian needs. I mention all of this so you can have a brief overview of my character, which plays into what I am going to say about our family's dear friend, James Mault.

I am aware of the circumstances that James is in currently and I believe knowing who James is may help you gain valuable information within his situation.

I have known James since he was a kid. In my early professional years I worked with his mother at M&T Bank. He would often come in with his older brother and his dad to visit his mom after school, that is, if he didn't have to hurry off to Boy Scouts. He became an Eagle Scout, which only a small percent of boy scouts do. Even then, being polite, kind, caring and considerate was always a given with James and his older brother Burton.

As he matured and graduated from Brockport High School he wanted to serve his country and joined the United States Army. Jim served his country for 4 years active duty and then 3 years in the National Guard. He risked his life as he went to some very dangerous areas of the world to protect our freedoms.

James is married and is now a father of two. He has been trying to earn a living and create a life for his beautiful family. He is the kind of man that would drop what he is doing to help a friend, family member or even a stranger- as seen by his courageous service to our country.

James was raised by two wholesome Christian parents who taught him right from wrong. He is far from perfect like us all but cares for his fellow man and loves this country. I know that in a pinch my family could call Jim and he would be there to help us out.

I would ask that you please show James some grace and mercy in regards to whatever decision you have to make about his future. He has a family, an extended family and friends that are there to encourage and move James in a positive direction. Hard work does not scare him so finding a job or continuing his military career (if allowed) will be no problem for this young man.

As a faith filled man, I pray you are a judge of second chances and allow this man the opportunity to move forward with his life and his future. If you would like to discuss anything further please contact me directly at 585-301-3380 anytime.

I wish you and yours a very Merry Christmas and Happy New Year.

Respectfully,

David T Georgiev

Managing Partner

Monarch Wealth Management

Andres A. Vela
710 Herman Pl.
Fort Bragg, NC, 28307

January 04, 2022

Character reference letter

To whom it may concern,

I, Andres A. Vela am writing this to you to provide a character reference letter about Mr. James Mault, who I knew as a friend and colleague for a period of one year. I am writing this letter for Mr. Mault, with full knowledge of the charges against him.

Coming in to active duty Army older than most, surrounded by young adults it's very easy to spot the bold, strong leaders amongst our peers. Mr. Mault was everything you'd want as a soldier, even a leader. He was passionate, strong, smart, self driven, professional, family man, and filled with integrity. Putting others before himself in every which way he could, working twice as hard, being a true leader leading from the front. He was an individual I looked up to in my early military career, someone I even leaned on, when some difficulties would present themselves.

I can say it with total confidence that few people, including myself, have contributed to this country in the ways Mr. Mault has. Serving four years Active Duty, with one tour over seas, four years Army reserves, and re-enlisting to Active Duty once again early 2021. Knowing Mr. Mault on a professional and personal level, the only thing Mr. Mault loves more then serving this great nation, was being a husband to his amazing wife Stephanie, and father to his 2 beautiful children.

While it is unfortunate he has made some bad decisions, thus resulting in this case. Mr. Mault is everything but, a menace and /or terrorist, or any other ridiculous, obscene vocabulary chosen to use against him. It is with hope the court takes this letter in to consideration at the time of sentencing. Despite the current case, I still believe Mr. James Mault is an honorable individual, a valued member of this great nation, and an amazing human being.

Sincerely, Andres A. Vela