# EXHIBIT 4

Sterling William Yox

1330 Loblolly Dr.
Hinesville, GA 31313

(585) 683-1058

sterling.w.yox.mil@army.mil

To Whom It May Concern:

      I am Sterling Yox, I currently serve in the United States Army as a wheeled vehicle mechanic. I have been serving for almost eight years now with about three of those years in a Squad Leader position. I have always been labeled as one of James' best friends though I consider us to be more like brothers. Since we were toddlers our parents would take turns baby-sitting us. As well as spending most of our younger years side by side, we also went to the same school sharing some of the same classes and sports together. James and I have spent the greater portion of our lives together. It wasn't until he enlisted in the Army and me a few years later that we grew apart by physical location.

      This letter is not intended to undermine the justice system or claim innocence or guilt but to show that James Mault is more than just a court date. With my short message I hope to draw the picture of the God-fearing, patriotic, loving father and friend that is James.

      James is always on an adventure. He never stops. It all started as a young Boy Scout where he showed his love for nature. He was devoted to his troop and even met one of the highest achievements by earning his position among the ranks of the Eagle Scouts. His final project was building a kiosk on the head of a nature trail to inform curious visitors of the diverse plant and animal life that are known to that area. He was proud of that and so was his family.

      The years leading up to our graduation from High school were filled with taking part in school activities (he was very good at the trombone), football in the fall, wrestling in winter, and lacrosse and track for the spring season. He was very involved in our school, and everybody liked him. Apart from the school, he was a very active member of his church. James would take every opportunity to volunteer for different events that the church would host. James also volunteered to help put in a garden during summer vacation. His faith and his love for his community gave him the drive required to have such a bust lifestyle.

      I will never forget the phone call I received when James enlisted in the U.S Army. He called me and he was so excited. I must admit I probably shared the same amount of excitement because we had talked about enlisting together for what seemed like years. James adapted to the stressful environment of basic training very quickly. U.S Army basic training will test your limits on physical and mental fortitude and quitting is never an option. You learn that your own well-being comes second to that of the Soldier

to your left and your right. James would send home stories about how they were molding him to be a Soldier and how he was enjoying it more and more as it progressed. I had a chuckle when I heard that he came out on top during his combative training because James has always been the biggest guy around. Shortly after completing his initial entry training and arriving to his first duty location, James was put on orders to Kuwait. James never lost hope or his faith. He kept his family updated on his well-being and always sent his love to his wife.

Between James and I we always knew he would be the first one to have children. He just had that mentality that he wanted to raise a family the same way that he was raised, full of adventure and full of faith in God. Of course, our prediction would come true when he announced that he was about to be a father to a beautiful girl. That girl coming into this world seemed to turn James into a deeper lover and a better person than he already was. He was proud as one can be and showed it with how he would send me pictures of his growing family. His mother was just as proud because she finally earned the title as Grandma! The family continued to grow recently when Stephanie and James added a handsome boy to the family! They are such a beautiful family, and I cannot wait to finally meet his children.

Thank you for taking the time to read my letter about James. I am available to confirm the information I have provided in this letter. The easiest form of communication for me is my cell phone and I have provided that number above. I hope that this has painted a picture of who James is as a person and you see that he is just as much of a good man as the rest of us.

Sincerely,
Sterling William Yox

To Whom It May Concern,

My Name is Ken Nole and I have known James Mault for many years. Between meeting him initially at ACo 27th BSTB and then into BCo 152 BEB. Not only were we brothers in arms to begin our friendship, but we also grew to be the best of friends.

All throughout his military career, James would always be the one noticed. He never took a minute off. He was one of the best soldiers I've ever had the pleasure of being with. He always lives by the Army values. **Loyalty • Duty • Respect • Selfless service • Honor • Integrity • Personal courage.** That is James in a nutshell. He lived it. And if he had a mishap or was struggling, he would do the best he can to fix that. You can ask any of his superiors how he was. Always the first one in, and the last out. I would trust him to save my life at any time. I even truly believe he would take a bullet for me and I for him. That's how much it meant to me, serving with him.

At one point in his career. Jim did have a bout with alcoholism. And he owned that. He changed to better himself, his family and his friends. After realizing how his alcoholism was affecting the people around him, he made the life change, and did the right things to put himself back on track. Which if you are an alcoholic, you know that is not an easy bout to win. But he did it.

His daughter and son need their father at home. They have been without him for months. At this point in their lives, they might remember more than we think. It hurts them by not having him there to grow alongside them. I myself am a father of 2 young girls. I could not imagine the pain of not seeing them every day. A father needs his children, and the children need their father.

My goal in this short letter is to prove that it doesn't take many words to describe the kind of man James Mault is. All you see is the person in front of you. But to others, he means a lot more than just the next case you see. A father, a friend, and a good soul. Please take what I said in consideration when coming to your conclusion on his sentencing.

Regards,

Kenneth Nole

Kenneth Nole

From: SPC Graham D. Oshane

6010 Begonia Drive

Fayetteville, NC 28314

Cell: (518) 495-6367

Email: oshanegrahamm22@yahoo.com

Subject: Character Reference for SPC James Phillip Mault

I am honored to be writing on behalf of SPC James Phillip Mault. I had the opportunity to get to know SPC Mault as a colleague for two months.

I have had the chance to know SPC Mault, and I can say without a doubt that he is a person with outstanding moral character. SPC Mault is enthusiastic, kind, organized, and dedicated to the Army. He takes pride in his job, is forthright and fair, motivational, and highly knowledgeable in encouraging the best performance on his team. SPC Mault possesses the integrity to acknowledge his mistakes and immediately take care of them. He is hardworking and dedicated and never leaves a job unfinished.

SPC Mault's professionalism is an example for all of us, and it was an honor to have known him.

Most Sincerely

Oshane Graham

Dear Judge and Jury,

First, I want to say that I do not condone or agree with James P. Mault's actions on January 6th, 2021.

I met Mr. Mault in 2013 in the Army. I served with him from 2013 to 2016 on active duty in Fort Hood, TX. We have remained friends throughout the years and have kept up with one another. Mr. Mault has always been there for me when I needed help. I believe that Mr. Mault is an honorable man who happened to be captured by the recent political controversies in our nation. Mr. Mault has served our country honorably and has demonstrated his commitment to hard work throughout his life. He is a first-time offender, and I recommend that you look at his honorable service to the country and his background before this incident as a stand-up citizen. He is a father of two young children, and he needs to be present for them as they grow. Please consider his honorable service to this country and his lack of criminal background when deciding this case. I believe that Mr. Mault deserves a second chance or a significantly reduced punishment. Thank you for your time.

Sincerely,

Larry Bassett

To Whom It May Concern,

My name is Sergeant Christopher Miller and I am a Squad Leader at Bravo Company, 307th Airborne Engineer Battalion. My intent of this letter is not to persuade, but to assure you, that James Mault is a caring, amiable, and selfless man. James first arrived at my Squad in May of 2021. For six months, James and I served together on countless missions and training exercises.

While in the field, when everyone is cold, sleep-deprived, and malnourished, people start to show their true colors. I have seen James in this state of being. No matter how rugged the situation, James always maintained optimism. Everyone in the squad loves James. I will go as far as to say that he was the keystone of my squad. His positivity and care for the other soldiers boosted morale and built cohesion. James always puts others first and is the epitome of a servant leader. There were times that I stopped and thought to myself "I should be more like Mault". I trust James, and so does everyone else. His dedication and commitment to the Squad was unmatched, quickly earning him the role of Alpha Team Leader. We were the best squad. We had the highest success rate, best physical fitness, and undoubtedly the strongest bonds. I will give James credit for being the driving force behind building such a great squad.

Overall, James is a great soldier and man, and there is no doubt that he has a big heart. Nobody in the company could believe it when James was arrested.  His absence left a scar in the minds and the hearts of my Squad and still do to this day. We still tell stories and reminisce about the great time we had served with James Mault. Please reflect on this and know that he

is loved by Bravo Company, solely because of his amazing personality, his loyalty, and his love

for god, family and country. One mistake should not define such a great man.