EXHIBIT 5

# GOSPEL ECHOES TEAM CERTIFICATE

This certifies that **JAMES MAULT** has successfully completed the

**GOSPEL ECHOES TEAM**
SCHOOL OF CORRESPONDENCE BIBLE STUDIES BASIC COURSE



1. God's Great Love
2. Growing in the Christian Life
3. Sharing Your Christian Faith
4. Growing Toward Maturity

Date Granted: **December 20, 2021**

Ken W.
*Bible Course Instructor*







