UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA

    v.                                Case No.  21-cr-657 BAH

JAMES MAULT

**SUPPLEMENT TO DEFENDANT'S MEMORANDUM IN AID OF SENTENCING**

Please find attached a character letter that was received after the filing of our sentence memorandum.

Respectfully submitted,

/s/ Richard S. Stern
_____
RICHARD S. STERN
D.C. Bar No. 205377
932 Hungerford Drive #37A
Rockville, MD 20850
301-340-8000
Email:  rssjrg@rcn.com
Attorney for Mr. Mault

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have electronically served all counsel of record on July 7, 2022.

 /s/ Richard S. Stern
_____
RICHARD S. STERN