

| | | |
|---|---|---|
| CAITLIN C. CARRIGG<br>CRAIG D. CHARTIER<br>MARK S. HOLLENBECK<br>KEVIN C. HOYT<br>ANTHONY B. IACOVANGELO<br>FRANK B. IACOVANGELO<br>JOHN J. JAKUBEK<br>TRISHA L. KIRSCH<br>EUGENE M. O'CONNOR<br>JOHN C. PALERMO<br>MICHAEL J. RINGROSE<br>SEEMA ALI RIZZO<br>DAVID D. SPOTO | SUITE 100<br>180 CANAL VIEW BLVD.<br>ROCHESTER, NEW YORK 14623<br><br>TELEPHONE (585) 454-7145<br>FAX (585) 454-2476<br><br>Email: info@gallolaw.com<br>Web Page: http://www.GalloLaw.com | MINDY A. ST. JOHN<br>SANDRA G. WILMOT<br>JAMES S. WOLFORD<br>EDWARD A. WURTZ<br><br>HON. JOHN M. OWENS<br>Of Counsel<br>Surrogate Court Judge<br>2014-2020<br>Supreme Court Justice<br>2005-2013<br><br>LOUIS J. GALLO<br>1919 - 2015 |

July 6, 2022

Chief Judge Beryl A. Howell
U.S. District Court for the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

    Re: United States v. James P. Mault
       Criminal Case No.: 1:21-cr-00657-BAH

Dear Chief Judge Howell:

  Please allow this correspondence to serve as a letter in support of James P. Mault in anticipation of his upcoming sentencing.

  I represented Mr. Mault prior to his arrest which led to the plea of guilty to the charge for which you will sentence him.

  This letter is in no way meant to minimize his conduct. Rather, it is to provide the Court with some prospective prior to imposing sentence.

  Prior to the events of January 6, 2021, Mr. Mault had a long history of service to this Country. As a member of the military, he knowingly placed himself in harm's way for the greater good of this Country. While his actions on the date in question present a different James Mault, I would ask the Court to consider his prior service as a reflection of who he truly is and was prior to the insanity that embraced this Country following the 2020 election cycle. I have little doubt that the James Mault who served his Country is a more realist view of him as a person than the James Mault of January 6, 2020.

  Since Mr. Mault's detention, I have been in contact with his wife, Stephany, and his father. I can say that they have suffered greatly. It has also become apparent that Mr. Mault was an outstanding husband, father, and son. Family was, and remains, important to him. It should be noted that Mr. Mault's children are very young and that they would benefit greatly from a lighter sentence than is recommended under the Federal Sentencing Guidelines.

July 6, 2022
Page 2

    Without belaboring the Court's time, it is my opinion as a lawyer with nearly 30 years of experience, including over 6 years of prosecutorial experience, that Mr. Mault does not present a danger to the public.

    For these reasons, I would respectfully ask the Court to sentence Mr. Mault to a lighter sentence than is required under the Federal Sentencing Guidelines.

                                          Very truly yours,

                                          David D. Spoto
                                          Direct Dial: (585) 340-4238
                                          Email: DavidSpoto@GalloLaw.com