Attn Head Clerk

*Leave to file GRANTED*
*Beryl A. Howell   Date 10/28/2022*
*Chief Judge*
*United States District Court*

Dear Friend,

You will find enclosed one (1) set of original papers for filings into Case no. 21 CR 657-02 (BAH) and one (1) set of copy of the originals. Please return the copy to me in the enclosed stamped envelope.

Date 10/19/2022

James Mault
Without Prejudice UCC1-308

RECEIVED
Mail Room
OCT 21 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Trust Res

UNITED STATES DISTRICT COURT
District of Columbia

UNITED STATES OF AMERICA
Plaintiff

V.

JAMES PHILLIP MAULT
Defendent

Case no. 21 CR 657-02 (BAH)

Motion for New Discovery Under Federal Rule 33,
( 28 USC 2255 h (1) )

Special Deposit, Trust Res

Motion for New Discovery under Federal Rule 33 to be entered into the Court by way of Interogatory questions to the U.S. Attorney. Comes now by special appearance James-Phillip, Anita-Marie Son in whom she created me in the image and likeness of Her and my Father Gary-Eugene I am moving this Court under Federal Rule 33, to allow the entry of Newly Discovery of information that would have had a direct affect on my decision to take the plea deal. This will be in the best interest of Justice. The following state-

P1
Trust Res

ments are the Newly Discovered informations that I am bringing forth under Federal Rule 33.

1. The 1787 Constitution of the United States for America, Article III, Section 1, did not give Congress the Power to create another form of government with its own court, such as the United States District Court.

2. The United States District Court was called United States Federal District Court, until there was a major ruling in 1971, by Justice William H. Rehnquist of the

P2
Trust Res

Supreme Court, of the United States ruled, that they could not use the term Federal because they are not federal.

3. The United States District Court is a <u>Private</u> for profit Corporation. (It is not government owned).

4. This Court was Created in 1871, along with the new form of government without the backing of the 1787 Constitution of the United States for America. This Court was Created 94 years after the 1787 Constitution.

5. In the same ruling of Justice William H. Rehnquist in 1971, he also ruled that

P3
Trust Res

100% of all state and federal prisons are Volunteered.

6. The United States District Court way of doing business for profit as a Corporation, is violating their own Copyright Title 18 USC 1781 under Hague Convention.

7. This Court is not registered with the Foreign Registration under the Department of Justice, under the Foreign Registration Act of 1939. These seven (7) Newly Discovered information, sets the ground for dismissal due to the fact if I knew about this information, I would have never Taken the

P4
Trust Res

Plea deal.

Accompaning this motion, there is a seven (7) questions Interogatory Questionire for the U.S. Attorney to answer and return in a timely fashion. Please order the U.S. Attorney to answer the Interogatory Questionire under penalty and perjury, and return in a timely fashion.

Thanks for consideration.

Date 10 / 19 / 2022

James Moult
Without Prejudice UCC1-308
seal

P5
Trust Res

# Interogatory Questionire

This is an Interogatory Questionire under Federal Rule 33, New Discovery. Please answer each question by circling True or False. Failure to answer and return according to the Court order will result in all questions as true. If you do answer the questions, you will be answering und penalty and perjury.

1. The 1787 Constitution of the United States for America, Article III, Section 1, did not give Congress the power to create another form of government with its own Court, Such as the United States District Court.

P1
Special Deposit, Trust Res

True or False

2. The United States District Court was called United States Federal District Court, Until there was a major ruling in 1971, by Justice William H. Rehnquist of the Supreme Court, of the United States ruled, that they could not use the term Federal because they are not Federal.

True or False

3. The United States District Court is a <u>Private</u> for profit Corporation. (It is not government owned)

P2
Trust Res          True or False

4. This Court was Created in 1871, along with the new form of government without the backing of the 1787 Constitution of the United States for America. This Court was created 94 years after the 1787 Constitution.

   True or False

5. In the same ruling of Justice William H. Rehnquist in 1971, he also ruled that 100% of all State and Federal Prisons are Volunteered.

   True or False

6. The United States District Court way of doing business for profit as a Corporation, is violating their own Copyright Title 18 USC 1781 under Hague Convention.

    True or False

7. This Court is not registered with the foreign Registration under the Department of Justice, under the foreign Registration Act of 1939

    True or False.

Under penalty and perjury, I have answered this Interogatory Questionire.

U.S. Attorney Signature _____
Date _____

P4
Trust Res

UNITED STATES DISTRICT COURT
District of Columbia

UNITED STATES OF AMERICA
Plaintiff

V.

JAMES PHILLIP MAULT
Defendant

RECEIVED
Mail Room
OCT 21 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case no. 21CR657-02 (BAH)

Motion to terminate and Remove Counsel from the Record

Comes now by special appearance to move this Court to terminate and remove Richard S. Stern, Esquire from the Record of this Case

Date 10/19/2022

James Mault
Without Prejudice UCC1-308

Special Deposit, Trust Res

Certificate of Service

I certify that I have sent a copy of the Motion for New Discovery under Federal Rule 33, Interogatory Questionire, and Motion to terminate and Remove Counsel from the Record to the U.S. Attorney at U.S. Dept of Justice CRM 1331 F Street NW Washington D.C., 20004 by U.S. Mail on 10/19/2022

James Mault
Without Prejudice UCC1-308

James Phillip Mault
FCI Allenwood Low
P.O. Box 1000
White Deer PA, 17887-0000

Trust Res

**CLERK'S OFFICE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Received: 10/21/2022
Sent to Chambers: 10/26/2022

TO: **Judge** Chief Judge Beryl A. Howell

RE: Criminal Action No.: 21-657-02, USA v. James P. Mault

Please indicate on the face of **each document** whether leave to file is granted or denied.

Thank you

ANGELA D. CAESAR, Clerk of Court

By: *[signature] Nancy Jackson*

Attachment(s): Motion for Discovery

Please file on the docket as Motion for Miscellaneous Relief.

CO-930A
(Rev. 9/2011)