UNITED STATES DISTRICT COURT
District of Columbia

JAMES PHILLIP MAULT
Movant

V.      Cas No. 21 CR 657-02 (BAH)

UNITED STATES OF AMERICA
Respondant

RECEIVED
Mail Room
NOV 14 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Objection to Court Order.

Comes now by Special appearance James-Phillip, I am objecting to the Court Order Dated 10/31/2022 Denying my motion. From the statements that the Judge made in the Order she seemed to have assumed that I have some type of belief or familiarity with the sovereign Citizen movement, and some type of odd belief or missunderstanding about the

P1  Special Deposit, Trust Res-

14th Amendment. My intent for filing the motion had nothing to do with the issues she raised in her order. Therefore I have the right to correct the error that she pointed out in her order. The error that she pointed out was that I did not assign which U.S. Attorney that the Interogatory Questionire was for. The U.S. Attorney that I sent the Interogatory Questionire to was Michael John Romano. It is also my right to bring forth any new Discovery of information that was not disclosed to me by this Court, or my Attorney.

Date 11/09/2022   James Mault
Without Prejudice UCC 1-308
Seal

P2  TRust Res

## Certificate of Service

I certify that I have sent a copy of the Declaration-01, and Objection to Court Order to Michael John Romano at U.S. Dept of Justice CRM 1331 F Street NW Washington D.C., 20004 by U.S. Mail on 11/09/2022

James Mault
Without Prejudice UCC1-308

James Phillip Mault
FCI Allenwood Low
P.O. Box 1000
White Deer PA, 17887-0000

Trust Res

## Declaration - 01

I declare that the filing of my motion was not based upon any ideology of what the Court calls Sovereign Citizen. Neither did my motion have anything to do with the 14th Amendment.

I have made this Declaration under the penalty of Purjury (28 USC Section 1746)

Date 11/09/2022     James Mault
                    Without Prejudice UCC 1-308

SPecial DePosit, Trust Res

Attn Head Clerk

Leave to file GRANTED

*Beryl A. Howell* (signature)

Beryl A. Howell  Date 11/17/2022
Chief Judge
United States District Court

construed as motion for reconsideration of prior order.

Dear Friend,

You will find enclosed one (1) set of originals papers filing into Case no 21CR657-02(BAH) and one (1) set of copy of the originals. Please return the copy to me.

Date 11/09/2022

James Mault
Without Prejudice UCC 1-308

RECEIVED
Mail Room
NOV 14 2022
Angela D. Caesar, Clerk of Court
US District Court, District of Columbia

Trust Res