Leave to file GRANTED on March 18, 2025

_____

District Judge Beryl A. Howell

James Phillip Mault

5743 Redman Road

Brockport, New York 14420

585-329-7430

JAMESMAULT360@GMAIL.COM

To whom it may concern,

    I am writing to formally request to file a motion for an official pardon certificate with a raised seal, reflecting the presidential pardon I have already received for my actions. I was granted a full and unconditional pardon by the President of the United States, and I would like to ensure that the court records accurately reflect this action.

    I appreciate your time and assistance, and I look forward to your prompt response. Please feel free to contact me at the phone number or email provided above should you require any additional information.

Thank you for your attention to this matter.

Sincerely,

*James Mault*

James Phillip Mault